IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN PHILIP STIRLING, | Case Nos. 3:20-cv-00712-SB |
| | 3:20-cv-01177-SB |
| Petitioner, | 3:20-cv-01213-SB |
| | 3:20-cv-01214-SB |
| v. | 3:20-cv-01215-SB |
| | 3:20-cv-01216-SB |
| JOSIAS SALAZAR, Warden, | 3:20-cv-01217-SB |
| FCI Sheridan, | 3:20-cv-01218-SB |
| | 3:20-cv-01233-SB |
| Respondent. | 3:20-cv-01242-SB |
| | 3:20-cv-01244-SB |
| | 3:20-cv-01245-SB |
| | 3:20-cv-01253-SB |
| | 3:20-cv-01255-SB |
| | 3:20-cv-01256-SB |
| | 3:20-cv-01257-SB |
| | 3:20-cv-01258-SB |
| | 3:20-cv-01261-SB |
| | 3:20-cv-01262-SB |
| | 3:20-cv-01353-SB |
| | 3:20-cv-01354-SB |
| | 3:20-cv-01355-SB |
| | 3:20-cv-01356-SB |
| | 3:20-cv-01357-SB |
| | 3:20-cv-01358-SB |
| | 3:20-cv-01379-SB |
| | 3:20-cv-01461-SB |
| | 3:20-cv-01571-SB |
| | 3:20-cv-01593-SB |
| | 3:20-cv-01671-SB |
| | 3:20-cv-01644-SB |

3:20-cv-01714-SB
3:20-cv-01743-SB
3:20-cv-01808-SB
3:20-cv-01810-SB
3:20-cv-01812-SB
3:20-cv-01813-SB
3:20-cv-01828-SB
3:20-cv-01850-SB
3:20-cv-02006-SB
3:20-cv-02007-SB
3:20-cv-02008-SB
3:20-cv-02044-SB
3:20-cv-02045-SB
3:20-cv-02046-SB
3:20-cv-02047-SB
3:20-cv-02070-SB
3:20-cv-02150-SB
3:20-cv-02174-SB
3:20-cv-02243-SB
3:20-cv-02245-SB
3:20-cv-02248-SB
3:21-cv-00035-SB
3:21-cv-00072-SB
3:21-cv-00104-SB
3:21-cv-00105-SB
3:21-cv-00147-SB
3:21-cv-00254-SB
3:21-cv-00331-SB
3:21-cv-00431-SB
3:21-cv-00439-SB
3:21-cv-00463-SB
3:21-cv-00486-SB
3:21-cv-00503-SB
3:21-cv-00505-SB
3:21-cv-00506-SB
3:21-cv-00507-SB
3:21-cv-00533-SB
3:21-cv-00537-SB
3:21-cv-00545-SB
3:21-cv-00596-SB
3:21-cv-00614-SB
3:21-cv-00615-SB
3:21-cv-00616-SB
3:21-cv-00624-SB
3:21-cv-00625-SB
3:21-cv-00638-SB

PAGE 2 – JUDGMENT

3:21-cv-00660-SB
3:21-cv-00667-SB
3:21-cv-00669-SB
3:21-cv-00670-SB
3:21-cv-00691-SB
3:21-cv-00693-SB
3:21-cv-00694-SB
3:21-cv-00696-SB
3:21-cv-00697-SB
3:21-cv-00699-SB
3:21-cv-00707-SB
3:21-cv-00708-SB
3:21-cv-00709-SB
3:21-cv-00716-SB
3:21-cv-00728-SB
3:21-cv-00748-SB
3:21-cv-00751-SB
3:21-cv-00752-SB
3:21-cv-00760-SB
3:21-cv-00788-SB
3:21-cv-00789-SB
3:21-cv-00790-SB
3:21-cv-00792-SB
3:21-cv-00802-SB
3:21-cv-00804-SB
3:21-cv-00832-SB
3:21-cv-00910-SB
3:21-cv-00974-SB
3:21-cv-01008-SB
3:21-cv-01009-SB
3:21-cv-01126-SB
3:21-cv-01157-SB
3:21-cv-01180-SB
3:21-cv-01288-SB
3:21-cv-01345-SB
3:21-cv-01361-SB
3:21-cv-01395-SB
3:21-cv-01403-SB
3:21-cv-01407-SB
3:21-cv-01411-SB
3:21-cv-01423-SB
3:21-cv-01426-SB
3:21-cv-01431-SB
3:21-cv-01458-SB
3:21-cv-01460-SB
3:21-cv-01472-SB

PAGE 3 – JUDGMENT

3:21-cv-01489-SB
3:21-cv-01517-SB
3:21-cv-01519-SB
3:21-cv-01521-SB
3:21-cv-01535-SB
3:21-cv-01547-SB
3:21-cv-01573-SB
3:21-cv-01574-SB
3:21-cv-01594-SB
3:21-cv-01612-SB
3:21-cv-01629-SB
3:21-cv-01641-SB
3:21-cv-01643-SB
3:21-cv-01659-SB
3:21-cv-01660-SB
3:21-cv-01668-SB
3:21-cv-01705-SB
3:21-cv-01728-SB
3:21-cv-01729-SB
3:21-cv-01739-SB
3:21-cv-01742-SB
3:21-cv-01765-SB
3:21-cv-01766-SB
3:21-cv-01804-SB
3:21-cv-01805-SB
3:21-cv-01878-SB
3:21-cv-01880-SB
3:22-cv-00005-SB
3:22-cv-00016-SB
3:22-cv-00021-SB
3:22-cv-00026-SB
3:22-cv-00077-SB
3:22-cv-00086-SB
3:22-cv-00216-SB
3:22-cv-00249-SB
3:22-cv-00260-SB
3:22-cv-00261-SB
3:22-cv-00320-SB
3:22-cv-00347-SB
3:22-cv-00364-SB
3:22-cv-00370-SB
3:22-cv-00403-SB
3:22-cv-00417-SB
3:22-cv-00422-SB
3:22-cv-00431-SB
3:22-cv-00440-SB

3:22-cv-00490-SB
3:22-cv-00553-SB
3:22-cv-00559-SB
3:22-cv-00554-SB
3:22-cv-00574-SB
3:22-cv-00617-SB
3:22-cv-00716-SB
3:22-cv-00717-SB
3:20-cv-00718-SB
3:22-cv-00761-SB
3:22-cv-00762-SB
3:22-cv-00961-SB
3:22-cv-00965-SB
3:22-cv-00966-SB
3:22-cv-00967-SB
3:22-cv-00968-SB
3:22-cv-00997-SB
3:22-cv-01017-SB
3:22-cv-01081-SB
3:22-cv-01111-SB
3:22-cv-01285-SB

**JUDGMENT**

Based on the Court's Opinion and Order (ECF No. 139), IT IS ORDERED AND

ADJUDGED that Petitioners' amended habeas petition pursuant to 28 U.S.C. § 2241 is

DENIED, and this consolidated proceeding is DISMISSED, with prejudice. The Court DENIES

AS MOOT all pending motions.

**IT IS SO ORDERED.**

DATED this 15th day of November, 2022.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 5 – JUDGMENT